

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-19-2002

# Schnall v. Amboy Natl Bank

Precedential or Non-Precedential:

Docket 1-1502

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Schnall v. Amboy Natl Bank" (2002). *2002 Decisions.* Paper 189.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/189

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-1502
_____

MARTIN SCHNALL, individually and on behalf
of all others Similarly Situated, Appellant
v.
AMBOY NATIONAL BANK
(D.C. Civ. No. 99-cv-04908)
_____

Argued: November 6, 2001

Before: BECKER, Chief Judge, McKEE and RENDELL
Circuit Judges.
(Opinion filed January 28, 2002)
_____

ORDER AMENDING OPINION
_____

    The slip opinion filed on January 28, 2002 in the above case is hereby amended as
follows:
    1.  On page 18, third line from the bottom, change the word "banks" to "a bank."

    2.  On page 22, lines 9-10, the word pari passu and raison d'etre should be
italicized.

                        BY THE COURT:


                        /s/ Edward R. Becker
                        Chief Judge

DATED: March 19, 2002